IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

J.B. BELL, JR., GAYNIECE BENNETT,
LAFRANCINE BENNETT, REGINALD
BURTON, PAULINE JOHNSON, JAMES
MACK, DERRICK PARKER, and
WYLEY TAYLOR,

    Plaintiffs,

vs.

                  No. 04-2321-Ma V
                  JURY DEMANDED

CITY OF MEMPHIS,

    Defendant.

## ORDER

This matter having come before the Court, upon motion of the Plaintiffs, by and through their counsel Kathleen L. Caldwell, for a sixty (60) day extension of time to Designate Expert Witness and all other deadlines, and the Court being advised that there is no opposition to said motion, and upon argument of counsel the Court finds that said motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that an extension of sixty (60) day is granted up to and including October 14, 2005.

**ORDERED** this the _17th_ day of August, 2005.

_____
U.S. District Judge
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-23-05_

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02321 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT