IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 13 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

J.B. BELL, JR., GAYNIECE BENNETT,
LAFRANCINE BENNETT, REGINALD
BURTON, PAULINE JOHNSON, JAMES
MACK, DERRICK PARKER, and
WYLEY TAYLOR

   Plaintiffs,

vs.

CITY OF MEMPHIS,

   Defendant.

No. 04-2321-Ma/V
JURY DEMANDED

## ORDER

This matter having come before the Court, upon the motion of the Plaintiffs, by and through their counsel Kathleen L. Caldwell, for a sixty (60) day extension of time to designate Expert Witnesses and all other deadlines, and the Court being advised that there is no opposition to said motion, the Court finds that the motion is well taken and should be granted. Therefore, it is hereby ORDERED, DECREED, and ADJUDGED that:

1. Plaintiffs will have until October 15, 2005 in which to submit their Rule 26(a)(2) Expert Disclosures;

2. Defendant will have until November 15, 2005 in which to submit its Rule 26(a)(2) Expert Disclosures;

3. All other remaining deadlines in the Rule 16(b) Scheduling Order, as amended, shall be extended by sixty (60) days.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-15-05

23

SO ORDERED this the 9th day of September 2005.

_____
Honorable Diane K. Vescovo
United States Magistrate Judge

**APPROVED FOR ENTRY:**

LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Avenue
Memphis, Tennessee 38104
(901) 274-2075

By: _____
Kathleen L. Caldwell (#9916) with express permission

Attorneys for Plaintiffs


FORD & HARRISON LLP
795 Ridge Lake Blvd., Ste. 300
Memphis, Tennessee 38120
(901) 291-1500

By: _____
Louis P. Britt (#5613)
Keith R. Thomas (#18928)

Attorneys for Defendant

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CV-02321 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT