IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

J. B. BELL, JR., ET AL.,

    Plaintiffs,

VS.                                  NO. 04-2321-MaV

CITY OF MEMPHIS,

    Defendant.

---

ORDER GRANTING MOTION TO RESET STATUS CONFERENCE

---

Before the court is the November 18, 2005, unopposed motion to reset the status conference which was set on November 23, 2005. For good cause shown, the motion is granted. The status conference is **reset** to **Friday, December 2, 2005, at 10:30 a.m.**

It is so ORDERED this 18th day of November, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02321 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT