IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

J. B. BELL, JR., ET AL.,

    Plaintiffs,

VS.

NO. 04-2321-Ma

CITY OF MEMPHIS, ET AL.,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

On December 2, 2005, the court held a status conference in this matter. The parties requested that this case be stayed pending disposition of a related case before the Hon. Bernice B. Donald, Case No. 2:00cv2608-D, <u>Marilyn Johnson, et al. v. City of Memphis</u>. For good cause shown, the court finds that the motion should be GRANTED.

It is ORDERED that this matter should be administratively closed at this time. Such closure is in no way a determination of the substantive issues between the parties or their procedural right to pursue this matter at a later date.

This case is therefore closed administratively, without prejudice to either party to move to reopen this case at such

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



time as the related case pending before Judge Donald has been resolved.

It is so ORDERED this 14th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02321 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Louis P. Britt
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Keith R. Thomas
FORD & HARRISON, LLP- Ridge Lake Blvd.
795 Ridge Lake Blvd.
Ste. 300
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT